# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00554-CV

**Ricky Brian Beaver and Beaver Investments, LLP, Appellants**

**v.**

**Brian and Jeneen Schloz, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT NO. GN302334, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Because appellants' brief is overdue, we will dismiss this appeal for want of prosecution. In this interlocutory appeal from the grant of a temporary injunction, the clerk's record was filed on September 19, 2003, and the reporter's record was filed on September 30, 2003. Appellants' brief was thus originally due in this accelerated appeal on October 20, 2003. *See* Tex. R. App. P. 38.6(b). Appellants sought and received three extensions of time to file their brief. The last extension set the due date as December 2, 2003.

Having received no brief or further motion to extend the time to file a brief, the clerk of this Court on January 20, 2004 notified appellants by letter that their brief was overdue and that this Court could dismiss the appeal for want of prosecution if appellants did not respond by January 30, 2004. This Court has received no brief or other response to this letter.

We dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed for Want of Prosecution

Filed:   February 12, 2004